UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAMAL KARNA ROY,<br><br>                Plaintiff,<br><br>    v.<br><br>ESTATE OF MICHAEL JACKSON,<br><br>                Defendant. | NO. CV-09-255-EFS<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

    On August 18, 2009, Magistrate Judge Cynthia Imbrogno issued an Order Denying Plaintiff's Application to Proceed in Forma Pauperis With Leave to Renew. (Ct. Rec. 3.) In that Order, Judge Imbrogno directed Plaintiff to proffer the full filing fee, show cause why prepayment would be inappropriate, or submit a properly completed Application to Proceed *In Forma Pauperis* by September 17, 2009. Plaintiff has not done any of these things.

    Accordingly, **IT IS HEREBY ORDERED**: Plaintiff's Complaint **(Ct. Rec. 1)** is **DISMISSED without prejudice**.

ORDER * 1

1 | **IT IS SO ORDERED.** The District Court Executive is directed to
2 | enter this Order and forward a copy to Plaintiff.
3 | **DATED** this ___7th___ day of October 2009.

                              S/ Edward F. Shea
                              EDWARD F. SHEA
                              UNITED STATES DISTRICT JUDGE

Q:\Civil\2009\255.IFPdism.wpd

ORDER * 2